# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MICHAEL P. MALAKOFF, | ) CASE NO. 1:03CV2632 |
| Plaintiff(s), | ) |
| v. | ) |
| GENEVA ON LAKE, OHIO, et al., | ) |
| Defendant(s). | ) **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter. Accordingly, this action is hereby terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

 s/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

DATE: March 2, 2007